

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-6-2011

# USA v. Jerry Whitfield

Precedential or Non-Precedential: Precedential

Docket No. 09-3031

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Jerry Whitfield" (2011). *2011 Decisions*. Paper 1891.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1891

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 10, 2010

No. 09-3031

United States of America

v.

Jerry Whitfield, Appellant

(D.N.J. No. 1-08-cr-00685-001)

Present:     BARRY, CHAGARES, and VANASKIE, Circuit Judges

1.    Motion by Appellee to Reissue the Not Precedential Opinion" in this Case as Precedential;

2.    Response by Appellant in Opposition to Motion to Publish and Render Opinion in Captioned Case Precedential;

3.    Reply by Appellee to Appellant's Response to Motion to Reissue the Not Precedential Opinion in this Case as Precedential.

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing motion is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated:     January 6, 2011
SLC/cc:    Norman Gross
           George S. Leone
           Maggie F. Moy